UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00269 |
| | ) | JUDGE CAMPBELL |
| FREDRICK E. CARNEY | ) | |

## ORDER

Pending before the Court is a Motion to Continue December 2 Revocation Hearing (Docket No. 77). The Motion is GRANTED.

The hearing on the Petition (Docket No. 69) alleging violations of Defendant's Conditions of Supervision is CONTINUED to January 30, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE