# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

| FREDRICK E. CARNEY | Case Number: | 3:09-00269 |
|---|---|---|
| | USM Number: | 19336-075 |

Caryll S. Alpert
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __One (1), Two (2) and Three (3)__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state, or local crime | 8-29-13 |
| 2 | Defendant shall not commit another federal, state, or local crime | 8-29-13 |
| 3 | Defendant shall pay his monetary penalties as directed by the Court | 3-28-13 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __5574__

Defendant's Year of Birth: __1990__

City and State of Defendant's Residence:
Murfreesboro, Tennessee

January 30, 2014
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

January 30, 2014
Date

# SENTENCE

Defendant shall be on Home Detention for the next four (4) months of his period of Supervised Release. While on Home Detention, Defendant shall be in his place of residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and such other times as may be specifically authorized by the Probation Office. Defendant shall be subject to electronic monitoring at the Defendant's expense, if the Defendant can afford to pay for it, in the discretion of the Probation Office.